

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

**MEMORANDUM ENDORSED**

September 12, 2022

Hon. Gregory Woods
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

*Re:*   *United States v. Henry Trenton*
        Case No.: 16 Cr. 396 (GHW)

Dear Woods,

    I was previously assigned to represent Henry Trenton in the above referenced matter. I understand the Court has scheduled this case for Wednesday, September 14 at 9:30 am so that Probation may provide a status update. Due to a sentencing hearing during the morning and a plea hearing during the afternoon, I will be unavailable to appear before this Court on September 14. As a result, I respectfully request an adjournment. My office has contacted PO Alexandria Hirsch and we are both available on Wednesday, September 21 after 11:15 am.

    I thank the Court for its consideration.

Application granted. The conference is adjourned to September 21, 2022 at 11:30 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 803.

SO ORDERED.

Dated: September 12, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

s/Sam Braverman
Sam Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213